AUSA: Samantha Fry

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

AMORE SMITH,

Defendant.

**26 MAG 1062**

RULE 5(c)(3)
AFFIDAVIT

26 MAG 1062

SOUTHERN DISTRICT OF NEW YORK, ss.:

THOMAS FORD, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI") and states as follows:

On or about June 4, 2025, Amore Smith was charged in violation notice #E2584376 (the "Violation Notice") with one count of simple assault within the special maritime jurisdiction of the United States in violation of 18 U.S.C. § 113(a)(5). On or about February 19, 2026, Magistrate Judge Giselle Lopez-Soler for the United States District Court for the District of Puerto Rico issued an arrest warrant for "Amore Smith" based on the Violation Notice (the "Arrest Warrant"). The Violation Notice and Arrest Warrant are attached hereto and incorporated by reference herein.

On or about March 30, 2026, I participated in the arrest of AMORE SMITH, the defendant, in the Southern District of New York. I believe that SMITH is the same person as the "Amore Smith," who is named in the Arrest Warrant.

The bases for my knowledge and for the foregoing are, in part, as follows:

1.    I am a Special Agent with the FBI. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers, my examination of documents, reports, and records, and my personal observations of AMORE SMITH, the defendant. I have been personally involved in determining whether SMITH is the same person as "Amore Smith," named in the Arrest Warrant. Because this affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this affidavit every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2.    Based on my review of documents from the United States District Court for the District of Puerto Rico, I know that, on or about February 19, 2026, Magistrate Judge Giselle Lopez-Soler for the United States District Court for the District of Puerto Rico issued the Arrest Warrant for Amore Smith. The Arrest Warrant was based on a violation of 18 U.S.C. § 113(a)(5), which, as described above, charged one count of simple assault within the special maritime jurisdiction of the United States.

3.      On or about March 30, 2026 at approximately 8:45 a.m., I participated in the arrest of AMORE SMITH, the defendant, in Manhattan, New York, pursuant to the Arrest Warrant.

4.      Based on my participation in the arrest, my conversations with other law enforcement officers, and my review of law enforcement records, I believe that AMORE SMITH, the defendant, is the "Amore Smith" named in the Arrest Warrant, for the reasons set forth below:

a.      SMITH presented herself to me and other law enforcement agents on or about March 30, 2026 at approximately 8:45 a.m. for the purposes of surrendering based on the Arrest Warrant.  While processing SMITH following her arrest, SMITH identified herself as the "Amore Smith" named in the Violation Notice.

b.      Law enforcement officers involved in this investigation sent me identifying information regarding "Amore Smith," the person named in the Arrest Warrant.  That information includes photographs of "Amore Smith" as well as a physical description of "Amore Smith" and her date of birth.

c.      Based on my personal observations of SMITH she appears to be the same individual as "Amore Smith" described to me and depicted in photographs provided to me by law enforcement officers involved in this investigation, *see supra* ¶ 4(b), and who is named in the Arrest Warrant.

d.      When law enforcement officers arrested SMITH on or about March 30, 2026, SMITH had on her person, personal identification that matched the identifying information provided to me by law enforcement officers involved in the investigation of "Amore Smith," such as her date of birth.

5.      Accordingly, I believe that the "Amore Smith" named in the Arrest Warrant is the same person as SMITH.

WHEREFORE, I respectfully request that AMORE SMITH, the defendant, be imprisoned or bailed, as the case may be.

Thomas Ford
Special Agent
Federal Bureau of Investigation

Sworn to before me this
30th day of March, 2026

THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF PUERTO RICO

| United States of America | ) |
| :--- | :--- |
| v. | ) |
| | ) |
| **SMITH, AMORE** | ) |
| **118-37 234 ST** | ) |
| **NEW YORK, NY 11411** | ) |
| | ) |
| | ) |
| *Defendant* | ) |

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
| :---: | :---: | :---: |
| **PR20** | **E2584376** | **06/04/2025** |
| Offense(s) | | Amount Due |
| ASSAULT WITHIN SPECIAL MARINE JURISDICTION OF US | | $1030.00 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted. .

Date and time issued: February 19, 2026 at 3:47 pM

*Judge's signature*

HON GISELLE LOPEZ-SOLER

### Return

| | Date: | Location: |
| :--- | :--- | :--- |
| **Received** | | |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
| :--- | :--- | :--- |
| **Arrested** | | |

Name: _____  Title: _____  District: _____

Date: _____  Signature: _____

AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest (Page 2)

# UNITED STATES DEPARTMENT OF JUSTICE
## DISTRICT OF PUERTO RICO
United States Marshals Service

| United States of America | ) |
| --- | --- |
| v. | ) |
| **SMITH, AMORE** | ) |
| **118-37 234 ST** | ) |
| **NEW YORK, NY 11411** | ) |

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
| --- | --- | --- |
| **PR20** | **E2584376** | **06/04/2025** |
| Offense(s) | | Amount Due |
| ASSAULT WITHIN SPECIAL MARINE JURISDICTION OF US | | **$1030.00** |

_Defendant_

## NOTICE BEFORE ARREST

The United States Marshals Service has received a warrant for your arrest issued by a United States magistrate judge, based on the charges set forth above. It is the responsibility of the United States Marshals Service, or other authorized officer, to execute the warrant and to arrest and present you before a United States magistrate judge.

Accordingly, this is a final notice that the amount due shown above may be paid in lieu of your arrest. You may pay on-line at www.cvb.uscourts.gov or mail payment to the Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278-0549. _Write the violation number and location code on your check or money order._ DO NOT SEND CASH. If your payment is not received within ten (10) days from the date of this notice, you will be subject to arrest.

**By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.** If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license may be suspended, and additional fees may be imposed by your state.

If "MANDATORY" or "APPEARANCE REQUIRED" is shown in the "amount due" space above, do not make any payment. Instead you must immediately contact a Deputy United States Marshal at the phone number shown below.

Include the violation number(s), location code(s), and the name of the person for whom the fine is being paid (if other than yourself) on checks or money orders.

_UNITED STATES MARSHAL_

By: _____
_Deputy United States Marshal_

Date of notice: _____

Phone: _____

. AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest (Page 3)

# UNITED STATES DEPARTMENT OF JUSTICE
## DISTRICT OF PUERTO RICO
United States Marshals Service

| | Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|---|
| United States of America ) | | | |
| v. ) | **PR20** | **E2584376** | **06/04/2025** |
| **SMITH, AMORE** ) | | | |
| **118-37 234 ST** ) | Offense(s) | | Amount Due |
| **NEW YORK, NY 11411** ) | ASSAULT WITHIN SPECIAL | | **$1030.00** |
| ) | MARINE JURISDICTION OF US | | |
| *Defendant* ) | | | |

## NOTICE BEFORE ARREST

The United States Marshals Service has received a warrant for your arrest issued by a United States magistrate judge, based on the charges set forth above. It is the responsibility of the United States Marshals Service, or other authorized officer, to execute the warrant and to arrest and present you before a United States magistrate judge.

Accordingly, this is a final notice that the amount due shown above may be paid in lieu of your arrest. You may pay on-line at www.cvb.uscourts.gov or mail payment to the Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278-0549. *Write the violation number and location code on your check or money order.* DO NOT SEND CASH. If your payment is not received within ten (10) days from the date of this notice, you will be subject to arrest.

**By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.** If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license may be suspended, and additional fees may be imposed by your state.

If "MANDATORY" or "APPEARANCE REQUIRED" is shown in the "amount due" space above, do not make any payment. Instead you must immediately contact a Deputy United States Marshal at the phone number shown below.

| |
|---|
| Include the violation number(s), location code(s), and the name of the person for whom the fine is being paid (if other than yourself) on checks or money orders. |

*UNITED STATES MARSHAL*

By: _____
*Deputy United States Marshal*

Date of notice: _____

Phone: _____

**COPY II:  U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY**

*HD*
*9/8/25*

*NW*

## United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PR 20 | E2584376 | W. Waters | 101187 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 06/04/2025   01:30am | 18 USC 113 (a)(5) |

Place of Offense
Carnival Celebration; 33 nautical miles from Dominican Republic

Offense Description: Factual Basis for Charge          HAZMAT ☐

Assault within Special Marine Jurisdiction of U.S.

### DEFENDANT INFORMATION    Phone: (347) 242 - 0181

| Last Name | First Name | M.I. |
|---|---|---|
| Smith | Amore | |

Street Address
118-37 234 St. New York, NY 11411

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| New York | NY | 11411 | 06/20/2003 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 230148287 | (ID) | NY | 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 |

| ☒ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair Brown | Eyes Brown | Height 5'-05" | Weight 144 |
|---|---|---|---|---|---|

| VEHICLE | VIN: n/a | | CMV ☐ |
|---|---|---|---|

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$1,000.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →    $1,030.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| Provided via CVB Notice | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   *Amore Smith*

Original - CVB Copy

CVB SCAN 06/23/2025 15:58

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 4, 20 25 while exercising my duties as a law enforcement officer in the _____ District of Puerto Rico
— Please see attached PC Statement —

The foregoing statement is based upon:

☑ my personal observation    ☑ my personal investigation

☑ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/04/2025   *W.P.W.*
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 2/19/2026
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/23/2025 15:58

PC Statement, Citation E2584376, PR20

## STATEMENT OF PROBABLE CAUSE

I, William P. Waters, have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since April 2022. I am currently assigned to the FBI's San Juan Division, and I am part of the Violent Crimes and Major Offenders Task Force (VCMO). As part of my duties on the Violent Crimes and Major Offenders Task Force, I have investigated various violations of federal law to include bank robberies, armed carjackings, sexual assaults, armed robberies and crimes on the high seas. Additionally, as a Special Agent I have worked temporarily in the FBI's Indian Country where I have investigated other violations of federal law on federally recognized Indian reservations to include homicide, child sexual assault, and possession, and distribution of child sex abuse material. As a Special Agent, I have received training in a wide variety of investigative topics to include topics in violent crimes and various other matters within the authority of the FBI.

1.      I am a law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code.

2.      This statement of probable cause is in support of violation notice E2584376 against AMORE SMITH (hereafter: SMITH) for violation of Title 18, United States Code, Section 113 (A)(5), Assaults within the Special Maritime and Territorial Jurisdiction of the United States, which occurred on June 4, 2025 while aboard the Carnival Cruise Ship, Carnival Celebration while the ship was located approximately 33 nautical miles from the Dominican Republic enroute to its next port of call, San Juan, Puerto Rico. The Carnival Celebration's

PC Statement, Citation E2584376, PR20

location at the time of the assault is within the special maritime and territorial jurisdiction of the United States.

3.      The facts set forth in this statement of probable cause are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This statement is intended to show that there is probable cause for the violation and does not purport to set forth all of my knowledge or investigation into this matter.

## BACKGROUND

4.      Title 18 of the United States Code, Section 113(A)(5) states, in pertinent part, "Whoever, within the special maritime and territorial jurisdiction of the United States, is guilty of an assault shall be punished as follows...(5) Assault by striking, beating, or wounding, by a fine under this title or imprisonment for not more than six months, or both."

5.      As I explain below, I believe that SMITH violated 18 U.S.C., Section 113 (a)(5) by striking a passenger on board the Carnival Celebration on June 4, 2025.

## SUMMARY OF PROBABLE CAUSE THAT A VIOLATION OCCURRED

6.      On June 4, 2025, FBI Special Agents and Task Force Officers were dispatched to the Carnival Celebration regarding an assault which took place at approximately 1:30am on June 4, 2025. FBI personnel spoke with cruise ship security staff about the incident who stated the assault occurred between two passengers at the "Limelight Lounge" on board the Carnival Celebration.

7.      Later on, June 4, 2025, I interviewed cruise ship passenger SMITH on board the Carnival Celebration. Prior to questioning I advised SMITH of her Miranda warnings using FBI form FD-395, Advice of Rights form. SMITH waived her rights, signed the consent portion of

PC Statement, Citation E2584376, PR20

the form and stated she would complete the interview. During the interview, SMITH stated that she was drinking throughout the evening and remembers confronting an unknown female (hereafter: UF) on the dancefloor after the UF bumped into SMITH's friend. SMITH stated after the verbal confrontation she "blacked out" and only recalls being separated from an apparent fight with the UF. SMITH was separated by cruise ship staff and confined to her cabin.

8.      During the interview, SMITH showed her Apple I-Phone to agents. SMITH explained that the damage from the I-Phone was new and was noticed directly after the incident with the UF. SMITH stated that during the incident she was holding her phone in her hand and that she never let go of it and that it was possible that her phone, while being held in her hand, came in contact with UF's head. SMITH also stated that the phone was encased in a protective case during the incident and that the damage was done while the case was on the phone.



*Image of SMITH's I-Phone as produced during interview with FBI*

9.      On June 4, 2025, I also interviewed cruise ship passenger WITNESS 1 who was present for the incident between SMITH and VICTIM. During the consensual interview,

3

CVR SCAN 06/23/2025 15-50

PC Statement, Citation E2584376, PR20

WITNESS 1 stated that she saw SMITH strike an unknown female (UF) on the dancefloor of the Limelight Lounge during the early morning hours of June 4, 2025. Additionally, WITNESS 1 stated that SMITH struck the UF's face with what appeared to be a closed fist multiple times and later saw blood on the dancefloor from the UF. WITNESS 1 and SMITH had recently become acquaintances on the cruise and had spent time together over several separate instances since embarking on the ship in Miami, Florida. WITNESS 1 stated that SMITH and WITNESS 1 spent the evening of June 3 together and consumed multiple alcoholic beverages together in the hours leading up to the incident.

10.    On June 4, 2025, FBI personnel also interviewed the VICTIM. The VICTIM stated that at approximately 1:30 am on June 4, 2025, while dancing at the Limelight Lounge, she was hit in the head by an unknown female (UF). During the interview, VICTIM was shown a picture of SMITH. VICTIM stated that she recognized SMITH as the person who assaulted her on the dancefloor. During the interview, VICTIM provided images of her injuries which were treated by shipboard medical staff. In addition to scratches and cuts on her forehead and face the VICTIM also suffered a cut to the top of her head.

4

PC Statement, Citation E2584376, PR20

 

*Images of VICTIM and injuries sustained as a result of the assault.*

11.     Based on my training and experience I know that while individuals are engaged in a violent confrontation like fighting, they may use other objects at their disposal to increase the effectiveness of their attack. Purpose built weapons like brass knuckles or kubotans can be used during a fight to increase the effectiveness of an attack and inflict maximum damage to an opponent while also keeping the user of the weapon safer. I also know that during fights, such as the one that occurred on the Carnival Celebration, purpose-built weapons may not be readily available due to ship security screening and protocols. In instances such as these an individual engaged in a fight may use any adjacent item to increase the potency of an attack to include cellphones, bottles or other glassware, and other items found in the environment. I know that cellphones, especially those encased in a protective case, are blunt objects that can sustain substantial force prior to cracking or becoming damaged. Modern phones are carried daily by their users and are designed to withstand the rigors of daily life to include falls to the ground. In

5

PC Statement, Citation E2584376, PR20

this instance, substantial damage to the phone was observed suggesting that it was used with significant force during the assault.

## CONCLUSION

11.    The VICTIM was assaulted by SMITH, which was witnessed by WITNESS 1. The VICTIM also identified SMITH as the person who assaulted them when presented a photo of SMITH during an interview.

12.    Based on the foregoing, I believe there is probable cause to believe that AMORE SMITH violated Title 18, United States Code, Section 113(A)(5).

Dated: June 5, 2025

William P. Waters
Special Agent
Federal Bureau of Investigation

6